# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KEVIN PENNINGTON <br> PLAINTIFF <br><br> V. <br><br> ARKANSAS GAME AND FISH COMMISSION <br> DEFENDANT | CASE NO. 4:15CV00663 SWW |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF MAY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE